IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 661-407-9720. | CASE NO.  5:21-SW-00005-JLT<br><br>ORDER COMMANDING AT&T NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT<br><br>**FILED UNDER SEAL** |

The United States of America has requested pursuant to 18 U.S.C. § 2705(b) that the Court issue an Order commanding AT&T, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the warrant) of the existence of the attached warrant for 180 days.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, or destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days, except that AT&T may disclose the attached warrant to an attorney for AT&T for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the request of the United States of America and all related filings and this Order are sealed until otherwise ordered by the Court.

Date:  January 21, 2021

JENNIFER L. THURSTON
United States Magistrate Judge

ORDER                                                                 1